AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Benjamin John Silva (AKA: Ben Silva)<br>DOB: XXXXX<br>*Defendant(s)* | Case: 1:23-mj-00179<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 7/24/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | - Civil Disorder, |
| 18 U.S.C. §§ 1752(a)(1) | - Entering or Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. §§ 1752(a)(2) | - Disorderly or Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. §§ 1752(a)(4) | - Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(E) | - Impeding Passage through the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

███████████████
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __07/24/2023__

_____
*Judge's signature*

City and state: __Washington, D.C.__   __Robin M. Meriweather, U.S. Magistrate Judge__
*Printed name and title*