AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00179 |
| Benjamin John Silva (AKA: Ben Silva) | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 7/24/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Benjamin John Silva,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a) - Civil Disorder,
18 U.S.C. §§ 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds,
18 U.S.C. §§ 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. §§ 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage through the Capitol Grounds or Buildings.

Date: 07/24/2023

*Issuing officer's signature* 2023.07.24 12:23:50 -04'00'

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

### Return

This warrant was received on (date) 7/24/23 , and the person was arrested on (date) 7/25/23 at (city and state) Portland, Oregon.

Date: 7/25/23

*Nicole A Sebo*
Arresting officer's signature

Nicole A Sebo, Special Agent
Printed name and title