AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Benjamin John Silva (AKA: Ben Silva)<br><br>Defendant | Case: 1:23-mj-00179<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 7/24/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Benjamin John Silva,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a) - Civil Disorder,
18 U.S.C. §§ 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds,
18 U.S.C. §§ 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. §§ 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage through the Capitol Grounds or Buildings.

Date: 07/24/2023

*Issuing officer's signature*  2023.07.24 12:23:50 -04'00'

City and state: Washington, D.C.  Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

| Return |
|---|
| This warrant was received on *(date)* 7/24/23, and the person was arrested on *(date)* 7/25/23 at *(city and state)* Portland, Oregon. |
| Date: 7/25/23      *Nicole A Sebo* <br> *Arresting officer's signature* <br><br> Nicole A Sebo, Special Agent <br> *Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Benjamin John Silva (AKA: Ben Silva) | ) Case: 1:23-mj-00179 |
| DOB: ▮ | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 7/24/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 231(a)(3) | - Civil Disorder, |
| 18 U.S.C. §§ 1752(a)(1) | - Entering or Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. §§ 1752(a)(2) | - Disorderly or Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. §§ 1752(a)(4) | - Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(E) | - Impeding Passage through the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Nicole A. Sebo, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/24/2023

2023.07.24 12:21:15 -04'00'
*Judge's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America )
v. AKA: )  Case No. 3:23-mj-00121
Benjamin John Silva  Ben Silva )
_____ )  Charging District's Case No. 1:23-mj-00179
Defendant )

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District for the District of Columbia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
    ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/25/23

_____
Defendant's signature

_____
Signature of defendant's attorney

Kara A. Sagi
_____
Printed name of defendant's attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA  
v.  

Benjamin John Silva

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 3:23-MJ-00121-1

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C § 14135a.

(3) The defendant shall immediately advise the court through Pretrial Services or defense counsel in writing of any change in address and telephone number.

(4) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear as directed by U.S. District Court.

## Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant be released provided that the defendant:
- Report as directed by the U.S. Pretrial Services Office.
- Advise Pretrial Services of any travel within the U.S. outside of home jurisdiction.
- The defendant is prohibited from entering the District of Columbia, unless for Court, Pretrial, or consultation with attorney.
- Neither own, possess, nor control any firearm or destructive devices (or any weapon).
- No travel outside of the continental U.S. without Court approval.
- Report as soon as possible, to the Pretrial Services or Supervising Officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, forfeiture of bond, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for no more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for no more than five years, or both;

1

(3)   any other felony, you shall be fined not more than $250,000 or imprisoned no more than two years, or both;
(4)   a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Dn Silva_
Signature of Defendant

_Portland  OR  97204_
City, State & Zip

### Special Needs Finding:
Based upon the above conditions, including the conditions relating to:
☐   Alcohol detection
☐   Drug detection
☐   Computer monitoring
The Court is reasonably assured the defendant will appear as directed and not pose a danger to the community or any other person.

### Directions to the United States Marshal
☒   The defendant is ORDERED released after processing.
☐   The defendant is ORDERED temporarily released.
☐   The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk, Pretrial Services or judicial officer that the defendant has posted bond and/or complied with all other conditions for release including space availability at a community corrections center or residential treatment facility. If still in custody, the defendant shall be produced before the duty Magistrate Judge on _____ at _____.

Date: _July 25, 2023_

_Jeff A._
Signature of Judicial Officer

Jeffrey Armistead
U.S. Magistrate Judge
Name and Title of Judicial Officer

cc:   Defendant
      US Attorney
      US Marshal
      Pretrial Services

2

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Benjamin John Silva (AKA: Ben Silva)<br><br>_Defendant_ | ) Case No. 3:23-mj-00121<br>)<br>) Charging District: District of Columbia<br>) Charging District's Case No. 1:23-mj-00179 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: E. Barrett Prettyman U.S. Courthouse--Via Zoom<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001    (202) 354-3230 | Courtroom No.: Via Zoom-- Magistrate Upadhyaya |
|---|---|
| | Date and Time: 8/3/2023 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   07/25/2023

_Judge's signature_

HON. JEFF ARMISTEAD, U.S. MAGISTRATE JUDGE
_Printed name and title_

NRESTRAINT, TERMINATED,

# U.S. District Court
## District of Oregon (Portland (3))
## CRIMINAL DOCKET FOR CASE #: 3:23-mj-00121-1

Case title: USA v. Silva                                    Date Filed: 07/24/2023

Other court case number: 1:23-mj-00179 District of Columbia

Assigned to: Unassigned

**Defendant (1)**

**Benjamin John Silva**                represented by   **Kara Anne Sagi**
*also known as*                                          Federal Public Defender - District of
Ben Silva                                                Oregon
                                                         101 S.W. Main Street
                                                         Ste 1700
                                                         Portland, OR 97204
                                                         503-326-2123
                                                         Email: kara_sagi@fd.org
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Public Defender or*
                                                         *Community Defender Appointment*

**Pending Counts**                                       **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                    **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                           **Disposition**
None

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Robert Trisotto**<br>DOJ-USAO<br>1000 SW 3rd Avenue<br>Suite 600<br>Portland, OR 97204<br>503-727-1059<br>Email: robert.trisotto@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

[Email All Attorneys]

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2023 | 1 | **(DOCUMENT FILED UNDER SEAL)** Document Received From Other Court as to Benjamin John Silva from District of Columbia Case No: 1:23-mj-00179. (dino) (Entered: 07/25/2023) |
| 07/25/2023 | 3 | **ORDER** Granting the Government's Oral Motion to unseal the case as to Benjamin John Silva (1). **The Clerk is directed to unseal this case.** Ordered by Magistrate Judge Jeff Armistead. (pjg) (Entered: 07/25/2023) |
| 07/25/2023 | 4 | Redacted Document Received From Other Court as to Benjamin John Silva from District of Columbia Case No: 1:23-mj-00179. (dino) (Entered: 07/25/2023) |
| 07/25/2023 | 5 | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Proceedings held on 7/25/2023 before Magistrate Judge Jeff Armistead as to Benjamin John Silva. Defendant advised of rights. Order Appointing Counsel Kara Anne Sagi for Benjamin John Silva for today's purposes only. The Federal Defender's Office shall advise the Court as to representation for future hearings. Defendant waived preliminary/identity hearing and waived reading of the charges. Waiver of Rule 5 & 5.1 Hearings accepted by the Court. ORDER - Defendant is released on conditions. (Separate Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail.) Counsel Present for Government: Robert Trisotto. Counsel Present for Defendant: Kara Sagi. (Court Reporter: Jill Jessup) (pjg) (Entered: 07/25/2023) |
| 07/25/2023 | 6 | Waiver of Rule 5 & 5.1 Hearings by Benjamin John Silva. (dino) (Entered: 07/25/2023) |
| 07/25/2023 | 7 | Order Requiring Defendant to Appear in District Where Charges are Pending and Transferring Bail as to Benjamin John Silva. (Attachments: # 1 Appendix) (dino) (Entered: 07/25/2023) |
| 07/25/2023 | 8 | **Order Setting Conditions of Release** as to Defendant Benjamin John Silva. Signed on 7/25/2023 by Magistrate Judge Jeff Armistead. (kemc). (Entered: 07/25/2023) |