AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-MJ-00179-RMW |
| BENJAMIN JOHN SILVA | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BENJAMIN JOHN SILVA.

Date:  09/13/2023

s/Jane Imholte
*Attorney's signature*

Jane Imholte
*Printed name and bar number*

Federal Defender for the District of Alaska
188 W. Northern Lights Blvd., Ste. 700
Anchorage, AK 99503

*Address*

jame_imholte@fd.org
*E-mail address*

(907) 646-3400
*Telephone number*

(907) 646-3480
*FAX number*